Dora V. Lane
Nevada Bar No. 8424
Steven J.T. Washington
Nevada Bar No. 14298
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
DLane@hollandhart.com
SJWashington@hollandhart.com

*Attorneys for Defendant
Lincare Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALLY LENNON, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>LINCARE INC., a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No.  2:23-cv-00105-RFB-BNW<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER**<br><br>**(FIRST REQUEST)** |

Defendant, LINCARE INC., a Foreign Corporation ("Lincare"), by and through its attorneys, Holland & Hart LLP, hereby submit this Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (First Request). Lincare has conferred with Plantiff's Counsel's office, who does not oppose the relief requested in this Motion. This is the first motion to extend time to answer or otherwise respond to the Complaint.  In support of this unopposed Motion, the undersigned states as follows:

1. This matter was recently received by local Nevada counsel.

2. Lincare removed this action to this Court on January 19, 2023. *See* ECF No. 1.

3. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the answer or other response is due by January 26, 2023.

4. Counsel for Lincare is working diligently to verify important facts in order to be able to respond to the allegations in Plaintiff's Complaint, but some facts remain to be ascertained.

1

5. Counsel for Lincare contacted Plaintiff's counsel to discuss an extension for Lincare to respond to the Complaint. *See* **Exhibit A**. However, Kyle Tatum, Plaintiff's counsel responsible for this matter, was unavailable.

6. Counsel for Lincare called Plaintiff's counsel's office again to seek a stipulation to extend the deadline for Lincare to file its responsive pleading. The receptionist for Plaintiff's counsel's office stated that she spoke with Mr. Tatum and he approved Lincare's request for an extension to respond to Plaintiff's Complaint. Again, Mr. Tatum unavailable to speak with the undersigned. Following said conversation, the undersigned prepared an e-mail confirming the parties' agreement and informing Plaintiff's counsel that a stipulation would be sent over for Plaintiff's counsel's approval. *See* **Exhibit B**.

7. The undersigned sent over a stipulation for Plaintiff's counsel's review and approval. However, as of this Motion, the undersigned has not heard back from Plaintiff's counsel with respect to the proposed stipulation. *See* **Exhibit C**. In an abundance of caution, Lincare submits this Motion to extend the deadline to respond to the Complaint. Lincare does not anticipate that Plaintiff will oppose this Motion.

8. Local counsel needs additional time to meaningfully review the matter before counsel can respond to the Complaint. As such, Lincare seeks a 14-day extension of Lincare's response deadline. This Motion is filed in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

2

WHEREFORE, Lincare respectfully requests that this Court grant this Motion extending Defendant's time to respond to the Complaint by 14 days. This matter was removed to this Court on January 19, 2023. With the extension, the new deadline to answer or otherwise respond would be February 9, 2023. This is Lincare's first request for extension.

DATED this 26th day of January 2023.

**RESPECTFULLY SUBMITTED:**

DATED this 26th day of January 2023.
**HOLLAND & HART LLP**

*/s/ Steven J.T. Washington*
Dora V. Lane
Nevada Bar No. 8424
Steven J.T. Washington
Nevada Bar No. 14298
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
DLane@hollandhart.com
SJWashington@hollandhart.com

*Attorneys for Defendant
Lincare Inc.*

**ORDER**

**IT IS SO ORDERED**

DATED  January 27, 2023

UNITED STATES DISTRICT COURT JUDGE

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January 2023, a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER (FIRST REQUEST)** was served by the following method(s):

☒ <u>Electronic</u>: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

> Patrick W. Kang, Esq.
> Kyle R. Tatum, Esq.
> Paul H. Wolfram, Esq.
> Yoo Jin S. Cheong, Esq.
> **KANG & ASSOCIATES, PLLC**
> 6420 Spring Mountain Road, Suite 16
> Las Vegas, NV 89146
> Email: pkang@acelawgroup.com
> ktatum@acelawgroup.com
> pwolfram@acelawgroup.com
> filing@acelawgroup.com

*Attorneys for Plaintiff*

*/s/ Kristina R. Cole*
An Employee of Holland & Hart LLP

4

**INDEX OF EXHIBITS**

| Exhibit | Description | Page Nos. |
|---|---|---|
| Exhibit A | Email to Kyle Tatum dated January 26, 2023 | 001 – 002 |
| Exhibit B | Email to Kyle Tatum Re: preparing a Stipulation for Approval dated January 26, 2023 | 003 – 004 |
| Exhibit C | Email to Kyle Tatum Re: following up with respect to the proposed stipulation dated January 26, 2023 | 005 - 007 |

20772961_v1

5