Dora V. Lane
Nevada Bar No. 8424
S. Jordan Walsh
Nevada Bar No. 13481
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
DLane@hollandhart.com
SJWalsh@hollandhart.com

*Attorneys for Defendant
Lincare Holdings Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALLY LENNON, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>LINDE, PLC., d/b/a LINDE NORTH AMERICA HOLDINGS, LTD., d/b/a LINCARE HOLDINGS, INC., d/b/a PREFERRED HOMECARE, LLC., d/b/a FOUNDERS HEALTHCARE, LLC., LINCARE INC., a Foreign Corporation; KENNETH CHAPMAN, an individual; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00105-RFB-BNW<br><br>**STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT LINCARE HOLDINGS, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(First Request) |

Plaintiff Sally Lennon, and Defendant Lincare Holdings Inc.[1] ("Defendant") hereby stipulate to continue Defendant's deadline to respond to Plaintiff's First Amended Complaint from July 6, 2023 to July 20, 2023. The reason for the parties' stipulation is as follows:

On or about June 15, 2023, Plaintiff filed her First Amended Complaint, adding Defendant as a new party; counsel for Defendant executed an Acceptance of Service on June 22, 2023. Since then, Defendant has diligently attempted to gather information necessary to determine the

---

[1] The Complaint's caption incorrectly names all defendants as "dba" forms of each other. The only appropriate "dba" is Founders Healthcare LLC dba Preferred Homecare.

1

appropriate nature of Lincare Holdings Inc.'s response to the First Amended Complaint. However, gathering the requisite information has been difficult as a result of relevant individuals being out of the office on vacation and/or the July 4, 2023 holiday. As such, the parties have agreed that Defendant's deadline to respond to Plaintiff's First Amended Complaint will be continued from July 6, 2023 to July 20, 2023 to allow Defendant's counsel the opportunity to collect necessary information and prepare a response.

By entering into this Stipulation, Defendant is not waiving (and is expressly reserving) any affirmative defenses and rights to assert jurisdictional challenges.

DATED this 5th day of July 2023.

**HOLLAND & HART LLP**

/s/ Dora V. Lane
Dora V. Lane (SBN 8424)
S. Jordan Walsh (SBN 13481)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
DLane@hollandhart.com
SJWalsh@hollandhart.com
*Attorneys for Lincare Holdings, Inc.*

DATED this 5 July 2023.

**KANG & ASSOCIATES, PLLC**

/s/ Christian Z. Smith
Patrick W. Kang (SBN 10381)
Kyle R. Tatum (SBN 13264)
Christian Z. Smith (NBN 8266
Paul H. Wolfram (NBN 16025)
6420 W. Spring Mountain Road, Ste 16
Las Vegas, NV 89146
(702)333-4233
pkang@acelawgroup.com
filing@acelawgroup.com
*Attorneys for Plaintiff, Sally Lennon*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 11:33 am, July 06, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**